UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                          Case No.

APPROXIMATELY $5,000.00 IN UNITED
STATES CURRENCY,

        Defendant.

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### Nature of the Action

1.      This is a civil action to forfeit property to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

### The Defendant In Rem

2.      The defendant property, approximately $5,000.00 in United States currency, was seized on or about April 17, 2019, from Jonas Mason and Lynnesha Pierce-Craig at or near 5XXX N. 70th Street, Milwaukee, Wisconsin.

3.      The defendant property is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

7. The defendant property, approximately $5,000.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

## Facts

8. Heroin is a Schedule I controlled substance under 21 U.S.C. § 812.

9. Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

10. Cocaine is a Schedule II controlled substance under 21 U.S.C. § 812.

**April 16, 2019 execution of search warrant at Jonas Mason and Lynnesha Pierce-Craig's residence**

11. On April 16, 2019, officers executed a search warrant at the residence of Jonas Mason and Lynnesha Pierce-Craig located at 5XXX N. 70th Street, Milwaukee, Wisconsin (the "subject residence").

12. On April 16, 2019, the following items, among other things, were in the living room of the subject residence:

A. On a table were the following:

   i. One bag containing approximately 0.6 grams of cocaine tied off in one corner, and tied off in the other corner were nine corner cuts containing a total of approximately 3.58 grams of crack cocaine,

   ii. One bag containing approximately 0.25 grams of crack cocaine,

   iii. One bag containing five corner cuts with a total of approximately 4.93 grams of heroin,

   iv. One corner cut containing three smaller corner cuts with a total of approximately 1.48 grams of cocaine,

   v. One bag containing 16 corner cuts with a total of approximately 6.14 grams of crack cocaine,

   vi. Two mail items addressed to Lynnesha Pierce-Craig, and

   vii. One gallon-size bag with marijuana residue.

B. On the floor was a purse containing approximately $240, which funds are not part of the defendant currency, and Lynnesha Pierce-Craig's driver's license.

C. In the closet were the following:

   i. Three mail items addressed to Lynnesha Pierce-Craig and an invoice to Jonas Mason,

   ii. A digital scale, and

   iii. A blender.

D. On the ottoman was one bag containing approximately 15.29 grams of marijuana.

13. On April 16, 2019, the following items, among other things, were in the kitchen of the subject residence:

A. One Prada box containing red lip gloss and two bags containing a total of approximately 55.94 grams of cocaine,

B. Three open boxes of baggies,

C. Three digital scales with cocaine residue,

3

D. One larger digital scale,

E. One bag containing approximately 16.5 grams of cocaine, and

F. Five open boxes of baking soda, which is commonly used to "cook" powder cocaine into crack cocaine.

14. On April 16, 2019, the following items, among other things, were in the northwest bedroom of the subject residence:

A. One bag containing approximately 2.05 grams of heroin,

B. One box of ammunition,

C. One Sprite Can – California safe,[1]

D. Four mail items addressed to Lynnesha Pierce-Craig, and

E. A pink plastic bin containing approximately $1,000, which funds are not part of the defendant currency.

15. On April 16, 2019, four surveillance cameras were located throughout the subject residence.

16. All of the controlled substances identified in paragraphs 12 through 14 field tested positive for heroin, cocaine, or marijuana but have not yet been lab tested.

**April 17, 2019 execution of second search warrant at Mason and Pierce-Craig's residence**

17. During the evening of April 16, 2019, following execution of the search warrant at the subject residence, officers conducted a recorded mirandized interview of Jonas Mason.

18. During Jonas Mason's April 16 interview, Mason admitted buying and selling cocaine and heroin.

19. Jonas Mason later told officers that Mason had money inside his residence in two particular locations, including one in the back room, also known as the northwest bedroom.

---

[1] A "California safe" is an item used to smuggle or hide controlled substances. The bottom screws out of the safe but it looks like a regular soda can.

4

20. On April 17, 2019, officers executed a second search warrant at the subject residence for the purpose of locating the hidden currency.

21. On April 17, 2019, approximately $5,000 in United States currency – which is the defendant currency in this case – was inside a sock that was inside a wicker basket with fake flowers in the northwest bedroom of the subject residence.

### Jonas Mason's State Charges

22. On April 19, 2019, Jonas Mason was charged in Milwaukee County Circuit Court, Case No. 19CF1703, with (1) possession of cocaine with intent to deliver, and (2) possession of a heroin with intent to deliver.

### Lynnesha Pierce-Craig's State Charges

23. On April 19, 2019, Lynnesha Pierce-Craig was charged in Milwaukee County Circuit Court, Case No. 19CF1704, with (1) possession of cocaine with intent to deliver, and (2) possession of a heroin with intent to deliver.

### Administrative Forfeiture Proceedings

24. On or about May 29, 2019, the Drug Enforcement Administration ("DEA") began administrative forfeiture proceedings against the approximately $5,000.00 in United States currency seized from Jonas Mason and Lynnesha Pierce-Craig's residence on April 17, 2019, on the ground that the seized currency was used or intended to be used in exchange for controlled substances or was proceeds of trafficking in controlled substances.

25. On or about October 15, 2019, Lynnesha Pierce-Craig filed a claim with the DEA in the administrative forfeiture proceeding to the defendant approximately $5,000.00 in United States currency.

## Warrant for Arrest In Rem

26. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

## Claims for Relief

27. The plaintiff alleges and incorporates by reference the paragraphs above.

28. By the foregoing and other acts, the defendant property, approximately $5,000.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

29. The defendant approximately $5,000.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property, approximately $5,000.00 in United States currency, be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2019.

    Respectfully submitted,

    MATTHEW D. KRUEGER
    United States Attorney

By:   s/SCOTT J. CAMPBELL
    SCOTT J. CAMPBELL
    Assistant United States Attorney

Scott J. Campbell Bar Number: 1017721
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: scott.campbell@usdoj.gov

## Verification

I, James H. Krueger, hereby verify and declare under penalty of perjury that I am a Special Agent with the Drug Enforcement Administration (DEA) in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 21 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 12-18-2019
                                            s/JAMES H. KRUEGER
                                            James H. Krueger
                                            Special Agent

8

Case 2:19-cv-01856   Filed 12/18/19   Page 8 of 8   Document 1

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700)

## DEFENDANTS
APPROXIMATELY $5,000.00 IN UNITED STATES CURRENCY

County of Residence of First Listed Defendant: Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☒ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 12/18/2019
SIGNATURE OF ATTORNEY OF RECORD: s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:19-cv-01856 Filed 12/18/19 Page 1 of 1 Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

   Plaintiff,

   v.          Case No.

APPROXIMATELY $5,000.00 IN UNITED
STATES CURRENCY,

   Defendant.

---

**WARRANT FOR ARREST IN REM**

---

  To: THE UNITED STATES MARSHAL
     Eastern District of Wisconsin

  WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 18th day of December, 2019, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

  YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $5,000.00 in United States currency, which was seized on or about April 17, 2019, from Jonas Mason and Lynnesha Pierce-Craig at or near 5XXX N. 70th Street, Milwaukee, Wisconsin, and which is presently in the custody of the United States Marshal

Service in Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this ____ day of _____, 2019, at Milwaukee, Wisconsin.

                                STEPHEN C. DRIES
                                Clerk of Court

            By: _____
                      Deputy Clerk

## **Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____